**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.

JODI LYNN WILSON

Criminal Action No. 22-243(1) (CKK)

**ORDER**
(October 24, 2022)

The Court received the October 24, 2022 [67] Pretrial Compliance Report from the Pretrial Services Agency for the District of Columbia, which indicated that, per the opinion of a Probation Officer and the Pretrial Services Agency, Defendant Jodi Lynn Wilson's conditions of release should be modified. These modifications were discussed at the Status Hearing on October 24, 2022; no objections were raised other than concern regarding the scheduling of testing around Defendant Wilson's work schedule.

It is, this 24th day of October, 2022, hereby **ORDERED** that Defendant Wilson's [14] Order Setting Conditions of Bond is amended to include the following conditions:

1. Submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The Defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
2. Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge