# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 22-CR-00243-CKK |
| JODI WILSON, | ) |
| | )  Judge: Kollar-Kotelly |
| | ) |
| Defendant. | ) Status Date: November 16, 2022 |

## UNOPPOSED MOTION TO CONTINUE STATUS HEARING

COMES NOW Jodi Wilson, through counsel, and requests continuance of the status hearing currently scheduled for November 16, 2022, and the setting of a new status date two (2) weeks out or later. As reasons therefor, defendant states as follows:

1. This matter is currently scheduled for a status hearing on November 16, 2022.

2. Ms. Wilson is currently hospitalized and is therefore unable to attend the hearing. Ms. Wilson has indicated that she may be in the hospital for up to seven (7) more days. Accordingly, because of her hospitalization and the upcoming Thanksgiving holiday, Ms. Wilson would ask for a date at least two (2) weeks out.

3. In addition, Ms. Wilson waives the time until the next court date under the Speedy Trial Act.

4. Undersigned counsel has been in contact with AUSA Anita Eve, and she indicates that the government does not oppose this motion.

WHEREFORE, the defendant requests a continuance of the status hearing to a date at least two weeks out.

Respectfully submitted,

JODI WILSON
By Counsel

/s/ John L. Machado
John L. Machado, Esq.
Bar. No. 449961
Counsel for Jodi Wilson
503 D Street, N.W., Suite 310
Washington, DC 20001
Phone: (703) 989-0840
E-mail: johnlmachado@gmail.com

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 14th day of November, 2022, which will send a notification of such filing (NEF) to the following to all counsel of record.

/s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Jodi Wilson
Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com