## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA | : | Case No: 22-cr-00243 (CKK) |
| | : | |
| v. | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | |
| JODI WILSON, | : | |
| | : | |
| Defendant. | : | |

### STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Jodi Wilson, with the concurrence of her attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

#### *The Attack at the U.S. Capitol on January 6, 2021*

1.      The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2.      On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3.      On January 6, 2021, a joint session of the United States Congress convened at the U.S. Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate

1

were meeting in separate chambers of the U.S. Capitol to certify the vote count of the Electoral

College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint

session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the

House and Senate adjourned to separate chambers to resolve a particular objection. Vice

President Mike Pence was present and presiding, first in the joint session, and then in the Senate

chamber.

      4.      As the proceedings continued in both the House and the Senate, and with Vice

President Pence present and presiding over the Senate, a large crowd gathered outside the U.S.

Capitol. As noted above, temporary and permanent barricades were in place around the exterior

of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the

crowd away from the U.S. Capitol building and the proceedings underway inside.

      5.      At approximately 2:00 p.m., certain individuals in the crowd forced their way

through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd

advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter

or remain in the building and, prior to entering the building, no members of the crowd submitted

to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized

security officials.

      6.      At such time, the certification proceedings were still underway and the exterior

doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S.

Capitol Police attempted to maintain order and keep the crowd from entering the U.S. Capitol;

however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol,

including by breaking windows and by assaulting members of law enforcement, as others in the

crowd encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $2.7 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the U.S. Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Jodi Wilson's Participation in the January 6, 2021, U.S. Capitol Riot*

8.      On or about January 5, 2021, defendant Jodi Wilson ("Wilson") traveled with her son, Cole Andrew Temple ("Temple"), along with friends Gabriel Burress and Madison Pettit, from Swanton, Ohio to Washington, D.C. The purpose of the trip to Washington, D.C. was to attend the rally to see then-President Donald Trump and to protest Congress' certification of the Electoral College occurring at the U.S. Capitol Building.

9.      On January 6, 2021, Wilson, wearing a pink hooded sweatshirt underneath a dark or black jacket, and Temple, wearing a dark hooded sweatshirt, a royal blue neck gaiter and a dark blue knit cap with the word "AMERICA" on it, stood behind bike racks installed to prohibit access to the U.S. Capitol Building on the east front of the U.S. Capitol.

10.     As others began to clash with police officers and begin to remove the bike racks, Wilson shouted, "We need everybody. We can't do this by ourselves. Get your asses down here and let's fucking do this. You want to make some fuckin' noise … We got to do this together." Minutes later, Wilson joined her friends Gabriel Burress and Madison Pettit and moved a rack that had previously been separating rioters from the U.S. Capitol.

11.     Wilson and Temple joined rioters on the steps on the east front of the U.S. Capitol and stood a few feet away from rioters who were physically clashing with U.S. Capitol Police and Metropolitan Police Department officers, though Ms. Wilson did not personally see those interactions. The rioters were also forcefully trying to break into the U.S. Capitol.

12.     After rioters had overrun the police officers guarding the Rotunda doors, at approximately 3:01 p.m., Wilson, Temple, Burriss and Pettit, entered the U.S. Capitol.

13.     Inside the U.S. Capitol, Wilson and Temple traveled from the Rotunda doors foyer into the Rotunda and took photographs and recorded videos in both locations with their cell phones.  Cell phones associated with both Wilson and Temple were also identified as having utilized a cell site consistent with providing service to a geographic area that included the interior of the U.S. Capitol building.

14.     While inside the U.S. Capitol, Temple recorded videos and posted some or all of the videos to Snapchat on January 6, 2021.  Included with at least one of the recordings Temple imposed captions that read "Shits going down" [sic] and "Go ahead, say some shit." Temple also filmed himself yelling, "just broke in this bitch."

15.     After being in the Rotunda for more than five minutes, at approximately 3:17 p.m.,  Wilson, Temple, Burriss, and Pettit exited the Rotunda.

### *Elements of the Offense*

16.     Jodi Wilson knowingly and voluntarily admits to all the elements of 40 U.S.C. § 5104(e)(2)(G).   Specifically, she admits that she willfully and knowingly entered the U.S. Capitol Building,   and, while inside the U.S. Capitol, she willfully and knowingly paraded, demonstrated, or picketed.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     /s/ Anita Eve
Anita Eve
Assistant United States Attorney
PA Bar No. 45519

## DEFENDANT'S ACKNOWLEDGMENT

I, __Jodi Wilson_____ , have read this Statement of the Offense and have discussed it with my attorney.  I fully understand this Statement of the Offense.  I agree and acknowledge by my signature that this Statement of the Offense is true and accurate.  I do this voluntarily and of my own free will.  No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date:___10/20/22_____          /s/ Jodi Wilson
                                     _____
                                     Jodi Wilson
                                     Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully.  I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date:___10/20/22_____          /s/ Jodi Wilson
                                     _____
                                     John L. Machado
                                     Attorney for Defendant