# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 22-CR-00243-CKK |
| JODI WILSON, | ) |
| | )  Judge: Kollar-Kotelly |
| | ) |
| Defendant. | ) |

## ORDER

**UPON CONSIDERATION** of Defendant Jodi Wilson's Motion for Reconsideration of Sentence, and good cause having been shown, it is hereby

**ORDERED** that the Motion for Reconsideration of Sentence is GRANTED. It is also hereby

**ORDERED** that the sentence is amended as provided in its Amended Judgment and Commitment Order.

**SO ORDERED.**

_____
Colleen Kollar-Kotelly
U.S. District Court Judge